**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**InRe:**
**ENRIQUE GREGORIO RODRIGUEZ** **Case No. 24-20232-PDR**
**Chapter 13**

**Debtor /**

**EMERGENCY MOTION TO ALLOW SALE OF HOMESTEAD PROPERTY**

COMES NOW, the Debtor, **Enrique Gregorio Rodriguez**, by and through the undersigned counsel and files this Emergency Motion to Allow Sale of Homestead Property and as grounds therefore states:

1. Debtor filed a voluntary petition for bankruptcy under Chapter 13 on October 1, 2024.
2. Debtor currently has a proposed contract for sale of his homestead property located at 16564 S.W. 153rd Court, Miami, FL 33187. A copy of said sale contract is attached hereto under Exhibit “A”.
3. Debtor filed for divorce and as part of the Marital Settlement Agreement homestead property must be sold and each to receive an equitable disbursement from the sale of homestead property.
4. Debtor will continue making payments under his confirmed plan and all funds will be held in an escrow account until purchase of the new homestead property prior to the discharge of bankruptcy.
5. The title company handling the transactions requires court approval to close the transaction.
6. Debtor seeks to have this matter heard on an emergency basis on the grounds that Closing of the Sale of the Property is scheduled for September 30, 2026, and there is insufficient time in which to have this matter heard on the Court’s regular Chapter 13 motion calendar.

**WHEREFORE,** the Debtor, **Enrique Gregorio Rodriguez**, respectfully requests this Court enter an Order Granting Debtor's Emergency Motion to Allow Sale of Homestead Property.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1

Respectfully Submitted:

**Law Offices of Patrick L Cordero, P.A.**
Attorney for Debtors
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
/s/ (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.